|   |   |
|---|---|
| 1 | BRETT A. SHUMATE |
|   | Assistant Attorney General |
| 2 | JAMIE A. YAVELBERG |
|   | Director |
| 3 | PATRICK KLEIN |
|   | Assistant Director |
| 4 | MARY CHRIS DOBBIE |
|   | Trial Attorney |
| 5 | Commercial Litigation Branch |
|   | Civil Division |
| 6 | U.S. Department of Justice |
|   | P.O. Box 261 |
| 7 | Ben Franklin Station |
|   | Washington, DC 20044 |
| 8 | (202) 353-1750 |
| 9 | MICHELE BECKWITH |
|   | Acting United States Attorney |
| 10 | ROBERT A. FUENTES |
|   | Assistant United States Attorney |
| 11 | Eastern District of California |
|   | 2500 Tulare Street, Suite 4401 |
| 12 | Fresno, CA 93721 |
|   | (559) 497-4000 |
| 13 |   |
|   | Attorneys for Plaintiff |
| 14 | United States of America |

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA ex rel. DAVID REED, | Case No.: 2:24-cv-03255-DJC-CSK |
|---|---|
| Plaintiff, | **ORDER** |
| v. |   |
| PHYSICIANS NETWORK MEDICAL, GROUP, INC., d/b/a ADVENTIST HEALTH MEDICAL GROUP, and ADVENTIST HEALTH SYSTEM/WEST, |   |
| Defendant(s). |   |

////

1

ORDER

Having reviewed the United States' notice of declination to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court ORDERS that:

1. The complaint be unsealed and served upon the defendant by the relator;
2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;
3. The seal be lifted as to all other matters occurring in this action after the date of this Order;
4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;
5. The parties shall serve all notices of appeal upon the United States;
6. All orders of this Court shall be sent to the United States; and,
7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: July 11, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE