1  Dean W. Baxtresser (*Pro hac vice forthcoming*)
   LATHAM & WATKINS LLP
2  555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004-1304
3  Telephone: (202) 637.2200
   dean.baxtresser@lw.com
4

5  Amy C. Quartarolo (Bar No. 222144)
   LATHAM & WATKINS LLP
6  10250 Constellation Blvd., Suite 1100
   Los Angeles, CA 90067
7  Telephone: (424) 653.5500
   amy.quartarolo@lw.com

8  *Attorneys for Defendants Physicians Network Medical Group,
   Inc., d/b/a Adventist Health Medical Group and Adventist*
9  *Health System/West*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID REED,<br><br>Plaintiff-Relator,<br><br>v.<br><br>PHYSICIANS NETWORK MEDICAL GROUP, INC., d/b/a, ADVENTIST HEALTH MEDICAL GROUP and ADVENTIST HEALTH SYSTEM/WEST,<br><br>Defendants. | Case No. 2:24-cv-3255 DJC CSK<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:   Daniel J. Calabretta<br>Courtroom: 7<br><br>Complaint Filed: November 22, 2024 |

**JOINT STIPULATION**

Pursuant to Rules 143 and 144 of the Local Rules for the United States District Court for the Eastern District of California, and this Court's Standing Order in Civil Cases, Plaintiff David Reed ("Plaintiff") and Defendants Physicians Network Medical Group, Inc., d/b/a Adventist Health Medical Group and Adventist Health System/West (collectively, "Defendants," and together with Plaintiff, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on or about November 22, 2024;

WHEREAS, the United States filed a Notice of Election to Decline Intervention on July 11, 2025;

WHEREAS, the Court issued a summons to be served on Defendants that same day;

WHEREAS, Plaintiff served the Complaint on Defendants on or about July 31, 2025;

WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, the deadline for Defendants to answer or otherwise respond to the Complaint was August 21, 2025;

WHEREAS, Defendants did not respond to the Complaint or otherwise contact counsel for Plaintiff until after a request for certificate of default was filed on September 18, 2025;

WHEREAS, Plaintiff filed a request for certificate of default on September 18, 2025;

WHEREAS, Defendants have now requested an extension of time to answer or otherwise respond to the Complaint through and including November 7, 2025;

WHEREAS, Plaintiff does not oppose Defendants' request;

WHEREAS, the Parties have agreed that, in the event Defendants file a motion to dismiss or otherwise challenge the Complaint or the claims included therein, the briefing schedule on that motion shall be as follows: (i) Defendants' motion due no later than November 7, 2025; (ii) Plaintiff's opposition to the motion due no later than December 5, 2025; and (iii) any reply in support of the motion due no later than December 19, 2025;

WHEREAS, because (i) the Parties have not previously requested any deadline extensions in this action, (ii) neither this Stipulation nor the requested extensions will alter the date of any event or deadline already fixed by Court order, and (iii) the extensions to which the Parties stipulate herein will not prejudice any party or unduly delay these proceedings, good cause exists for an

1  extension of Defendants' time to answer or otherwise respond to the Complaint and the stipulated
2  briefing schedule as set forth herein; and

3  WHEREAS, pursuant to Rules 143 and 144 of the Local Rules for the United States District
4  Court for the Eastern District of California and this Court's Standing Order in Civil Cases, an
5  extension of time to respond to the Complaint requires approval of the Court.

6  THEREFORE, THE PARTIES STIPULATE AND JOINTLY PROPOSE that Defendants'
7  deadline to answer or otherwise respond to the Complaint shall be extended through and including
8  November 7, 2025, and that, in the event Defendants file a motion to dismiss or otherwise
9  challenge the Complaint or the claims included therein, the briefing schedule on that motion shall
10 be as follows: (i) Defendants' motion due no later than November 7, 2025; (ii) Plaintiff's
11 opposition to the motion due no later than December 5, 2025; and (iii) any reply in support of the
12 motion due no later than December 19, 2025.

14 Dated: October 10, 2025

/s/ *Amy C. Quartarolo*
Amy C. Quartarolo (Bar No. 222144)
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Dean W. Baxtresser (Bar No. 1012089) (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304

*Attorneys for Defendants Physicians Network Medical Group, Inc., d/b/a Adventist Health Medical Group and Adventist Health System/West*

23 Dated: October 10, 2025

/s/ *Michael Hirst* (as authorized on 10/10/2025)
Michael A. Hirst, Esq.
Marisela Bernal, Esq.
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616

Timothy J. McInnis
MCINNIS Law
521 Fifth Avenue 17th Floor
New York, New York 10175-0038

*Attorneys for Plaintiff-Relator David Reed*

IT IS SO ORDERED.

Dated: October 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE