ERIC GRANT
United States Attorney
ROBERT A. FUENTES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID REED,<br><br>Plaintiff,<br><br>v.<br><br>PHYSICIANS NETWORK MEDICAL GROUP, INC., d/b/a ADVENTIST HEALTH MEDICAL GROUP, and ADVENTIST HEALTH SYSTEM/WEST,<br><br>Defendant. | Case No.:   2:24-cv-03255-DJC-CSK<br><br>**ORDER** |

    Having reviewed Relator David Reed's notice of voluntary dismissal of this action, and the United States' notice of consent to dismissal, pursuant to 31 U.S.C. § 3730(b)(1), the court ORDERS that this action be dismissed without prejudice as to Relator and the United States.

    IT IS SO ORDERED.

Dated:  November 21, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE